IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01182-RPM-KMT

JERRY WEST,

    Plaintiff,
v.

DUFFICY & SONS, INC., d/b/a CENTRAL IRONWORKS, INC.,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [14] filed on June 20, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

Dated: June 21st, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge